# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 24, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142715

A.D. TRANSPORT, INC. and M & G
DEVELOPMENT, INC.,
        Plaintiffs-Appellants,

v                                                   SC: 142715
                                                    COA: 290236
                                                    Wayne CC: 07-703403-CE
MICHIGAN MATERIALS & AGGREGATES
COMPANY, INC. and MICHIGAN PAVING &
MATERIALS COMPANY,
        Defendants-Appellees.
_____/

On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2011

Clerk

d0621